IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES LIVINGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 1:21-cv-04799-AT-WEJ |
| v. | ) |
| | ) |
| TERMINUS TRADING & | ) |
| PROVISIONS, INC. | ) |
| D/B/A REVERE MEAT CO., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties hereby stipulate to the dismissal of this action with prejudice, and all Parties will bear their own costs and expenses incurred in prosecuting and defending this action.

Respectfully submitted this 4th day of August, 2022

1

| | |
|---|---|
| */s/ Thomas J Mew IV* | */s/ Kenneth N. Winkler* |
| Thomas J. Mew, IV, | Kenneth N. Winkler |
| Ga. Bar No. 503447 | Ga. Bar No. 770749 |
| tmew@buckleybeal.com | kwinkler@bfvlaw.com |
| J. Kyle Brooks | Katherine M. Silverman |
| Georgia Bar No. 773561 | Ga. Bar No. 395741 |
| kbrooks@buckleybeal.com | ksilverman@bfvlaw.com |
| BUCKLEY BEAL, LLP | BERMAN FINK VAN HORN P.C. |
| 600 Peachtree Street NE | 3475 Piedmont Road N.E. |
| Suite 3900 | Suite 1640 |
| Atlanta, GA  30308 | Atlanta, GA  30305 |
| Telephone:    404.781.1100 | Telephone:    404.261.7711 |
| **Attorney for Plaintiff JAMES LIVINGSTON** | **Attorneys for Defendant TERMINUS TRADING & PROVISIONS, INC. D/B/A REVERE MEAT CO.** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the attached pleading complies with the font and point selections prescribed by Local Rule 5.1B and uses 14 point Times New Roman Font.

s/ Thomas J. Mew IV
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@buckleybeal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES LIVINGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 1:21-cv-04799-AT-WEJ |
| v. | ) |
| | ) |
| TERMINUS TRADING & | ) |
| PROVISIONS, INC. | ) |
| D/B/A REVERE MEAT CO., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certified that on this 4th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                    **BUCKLEY BEAL, LLP**

By:        s/ Thomas J. Mew IV
               Thomas J. Mew IV
               Georgia Bar No. 503447
               tmew@buckleybeal.com